O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE SCOTT HEINEMAN, | ) | Case No. CV 15-04792-RGK (KK) |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER DISMISSING PETITION WITH LEAVE TO AMEND |
| CONRAD M. GRABER, | ) ) | |
| Respondent. | ) ) ) | |

On June 24, 2015, Petitioner Dale Scott Heineman ("Petitioner"), a federal prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition"), pursuant to 28 U.S.C. § 2241.  However, the Petition has not been submitted on the form currently approved and supplied by the Central District of California for habeas petitions brought by prisoners in federal custody (*i.e.* CV-27).  While not entirely clear, the Petition appears to challenge a criminal conviction, but fails to identify the most basic information regarding the conviction, including (1) the name and location of the court which imposed sentence; (2) the indictment number(s), (3) the offense(s) for which sentence was imposed; and (4) the date upon which the sentence was imposed and the terms of the sentence.  Additionally, the Petition fails to provide information regarding

whether the conviction was appealed or whether Petitioner previously sought release pursuant to 28 U.S.C. § 2255.

Thus, for the foregoing reasons, the Petition is dismissed with leave to amend and Petitioner is ORDERED to file an amended petition within fourteen (14) days of the date of this Order. **The Clerk is directed to send Petitioner a blank Central District habeas petition form (CV-27) for this purpose. Petitioner is directed to utilize that form and complete all requested information.**

The amended petition should reflect the same case number; be clearly labeled "First Amended Petition"; and be complete in and of itself without reference to the original Petition, or any other pleading, attachment or document.

Alternatively, Petitioner may request a voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.

Petitioner is cautioned that his failure to timely file a First Amended Petition or voluntary dismissal in compliance with this Order will result in a recommendation that the action be dismissed without prejudice for failure to prosecute.

DATED:     June 26, 2015

*/s/ Kenly Kiya Kato*

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE