O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SCOTT HEINEMAN,<br><br>            Petitioner,<br>      vs.<br><br>CONRAD M. GRABER,<br>Warden,<br><br>            Respondent. | Case No. CV 15-4792-RGK (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's First Amended Petition for a Writ of Habeas Corpus, Respondent's Motion to Dismiss, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered: (1) granting Respondent's Motion to Dismiss; and (2) dismissing this action without prejudice.

Dated: December 9, 2015

                                                HONORABLE R. GARY KLAUSNER
                                                UNITED STATES DISTRICT JUDGE