JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SCOTT HEINEMAN,<br><br>          Petitioner,<br>  vs.<br><br>CONRAD M. GRABER, Warden,<br><br>          Respondent. | Case No. CV 15-4792-RGK (KK)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that Respondent's Motion to Dismiss is granted and this action is dismissed without prejudice.

Dated: December 9, 2015

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE